PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H RIFKIND  (1950-1995)
LOUIS S WEISS  (1927-1950)
JOHN F WHARTON  (1927-1977)

WRITER'S DIRECT DIAL NUMBER

202-223-7321

WRITER'S DIRECT FACSIMILE

202-204-7393

WRITER'S DIRECT E-MAIL ADDRESS

janderson@paulweiss.com

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU  U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
PO BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

PARTNERS RESIDENT IN WASHINGTON

DAVID J RALL
CRAIG A BENSON
JOSEPH J. BIAL
PATRICK S CAMPBELL
CHARLES E DAVIDOW
ANDREW J FORMAN
KENNETH A GALLO

ROBERTO J GONZALEZ
JONATHAN S. KANTER
MARK F MENDELSOHN
JANE B. O'BRIEN
ALEX YOUNG K. OH
CHARLES F 'RICK' RULE
JOSEPH J SIMONS

PARTNERS NOT RESIDENT IN WASHINGTON

MATTHEW W. ABBOTT*
EDWARD T. ACKERMAN*
JACOB A ADLERSTEIN*
ALLAN J ARFFA*
ROBERT A ATKINS*
SCOTT A. BARSHAY*
JOHN F BAUGHMAN*
LYNN B BAYARD*
DANIEL J. BELLER
MITCHELL L BERG*
MARK S. BERGMAN
DAVID M. BERNICK*
BRUCE BIRENBOIM*
H. CHRISTOPHER BOEHNING*
ANGELO BONVINO*
JAMES L. BROCHIN
RICHARD J. BRONSTEIN*
DAVID W BROWN*
SUSANNA M BUERGEL*
JESSICA S CAREY*
JEANETTE K CHAN*
GEOFFREY R CHEPIGA*
ELLEN N. CHING*
WILLIAM A. CLAREMAN*
LEWIS R. CLAYTON
JAY COHEN
KELLEY A CORNISH*
CHRISTOPHER J CUMMINGS*
THOMAS V. DE LA BASTIDE III*
ARIEL J DECKELBAUM*
ALICE BELISLE EATON*
ANDREW J EHRLICH*
GREGORY A. EZRING*
LESLIE GORDON FAGEN
MARC FALCONE*
ROSS A FIELDSTON*
ANDREW C FINCH
BRAD J FINKELSTEIN*
BRIAN P FINNEGAN*
ROBERTO FINZI*
PETER E FISCH*
ROBERT C FLEDER*
MARTIN FLUMENBAUM
ANDREW J FOLEY*
HARRIS B FREIDUS*
MANUEL S FREY*
ANDREW L GAINES*
MICHAEL E. GERTZMAN*
ADAM M GIVERTZ*
SALVATORE GOGLIORMELLA*
ROBERT D GOLDBAUM*
NEIL GOLDMAN*
CATHERINE L. GOODALL*
ERIC GOODISON*
CHARLES H GOOGE, JR.*
ANDREW G GORDON*
UDI GROFMAN*
NICHOLAS GROOMBRIDGE*
BRUCE A. GUTENPLAN*
GAINES GWATHMEY, III*
ALAN S HALPERIN*
JUSTIN G HAMILL*
CLAUDIA HAMMERMAN*
BRIAN S HERMANN*
MICHELE HIRSHMAN*
MICHAEL S. HONG*
DAVID S HUNTINGTON*
ARMAN HUSSEIN*
LORETTA A IPPOLITO*
JAREN JANGHORBANI*

BRIAN M. JANSON*
MEREDITH J KANE*
ROBERTA A. KAPLAN*
BRAD S KARP*
PATRICK N KARSNITZ*
JOHN C KENNEDY*
BRIAN KIM*
ALAN W KORNBERG
DANIEL J. KRAMER*
DAVID K LAKHDHIR*
STEPHEN P LAMB*
JOHN E LANGE*
GREGORY F LAUFER*
DANIEL J LEFFELL*
XIAOYU GREG LIU*
JEFFREY D MARELL*
MARCO V. MASOTTI*
EDWIN S. MAYNARD*
DAVID W MAYO*
ELIZABETH R McCOLM*
CLAUDINE MEREDITH-GOUJON*
WILLIAM B MICHAEL*
TOBY S. MYERSON*
JUDIE NG SHORTELL*
CATHERINE NYARADY*
BRAD R OKUN*
KELLEY D. PARKER*
VALERIE E. RADWANER*
CARL L. REISNER*
LORIN L. REISNER*
WALTER G RICCIARDI*
WALTER RIEMAN*
RICHARD A. ROSEN*
ANDREW N. ROSENBERG*
JACQUELINE P RUBIN*
RAPHAEL M. RUSSO*
ELIZABETH M. SACKSTEDER*
JEFFREY D RAFFERSON*
JEFFREY B. SAMUELS*
DALE M. SARRO
TERRY E SCHIMEK*
KENNETH M SCHNEIDER*
ROBERT B SCHUMER*
JOHN M. SCOTT*
STEPHEN J SHIMSHAK*
DAVID R SICULAR*
MOSES SILVERMAN
STEVEN SIMKIN*
AUDRA J. SOLOWAY*
SCOTT M. SONTAG*
TARUN M STEWART*
ERIC ALAN STONE*
AIDAN SYNNOTT*
MONICA K. THURMOND*
DANIEL J. TOAL*
LIZA M. VELAZQUEZ*
LAWRENCE G WEE*
THEODORE V. WELLS, JR
STEVEN J. WILLIAMS*
LAWRENCE I WITDORCHIC*
MARK B. WLAZLO*
JULIA T.M. WOOD*
JENNIFER H WU*
BETTY YAP*
JORDAN E. YARETT*
KAYE N. YOSHINO*
TONG YU*
TRACEY A ZACCONE*
TAURIE M. ZEITZER*
T ROBERT ZOCHOWSKI, JR.*

*NOT AN ACTIVE MEMBER OF THE DC BAR

December 15, 2016

**By Hand**

Honorable William G. Young
United States District Judge
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

      *Re:  Exxon Mobil Corporation* v. *Pawa Law Group, P.C.*, *et al.*, No. 1:16-cv-12504, Pending in the United States District Court for the Northern District of Texas, No. 4:16-CV-469-K

Dear Judge Young:

      We write on behalf of Exxon Mobil Corporation ("ExxonMobil") to request a stay of the hearing scheduled for tomorrow, December 16, 2016, in the above-captioned matter.

      Tomorrow's hearing concerns Matthew Pawa and the Pawa Law Group's motion to quash and ExxonMobil's cross-motion to transfer or to compel compliance with a subpoena issued pursuant to a discovery order entered on October 13, 2016, by Judge Kinkeade of the United States District Court for the Northern District of Texas, in *Exxon Mobil Corporation* v. *Schneiderman*, *et al.*, No. 4:16-CV-469-K.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Honorable William G. Young                                                                 2

        Today, Judge Kinkeade entered the attached order, which "stays all discovery pending further order from the Court."  In light of that order and to avoid unnecessary travel and expense, we respectfully request that this Court adjourn tomorrow's court appearance and hold this matter in abeyance pending a lifting of the stay in the underlying case.

        We have conferred with opposing counsel about this application, and they oppose an adjournment.

                    Respectfully submitted,

                    *Justin Anderson (by TCF)*

                    Justin Anderson

cc:    Michael L. Chinitz (Rose, Chinitz & Rose)
       Catherine S. Duval (Zuckerman Spaeder LLP)
       Patrick J. Conlon, Esq. (ExxonMobil)
       Thomas C. Frongillo, Esq. (Fish & Richardson)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-469-K |
| | § | |
| ERIC TRADD SCHNEIDERMAN, | § | |
| Attorney General of New York, in his | § | |
| official capacity, MAURA TRACY | § | |
| HEALEY, Attorney General of | § | |
| Massachusetts, in her official capacity, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court hereby **stays** all discovery pending further order from this Court.

**SO ORDERED.**

Signed December 15th, 2016.

*Ed Kinkeade*

ED KINKEADE
UNITED STATES DISTRICT JUDGE

1