# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

EXXON MOBIL CORPORATION,     )

         )

       Plaintiff,     )

         )

    vs.     )

         )

ERIC TRADD SCHNEIDERMAN,     )    Civil Action No. 1:16-cv-12504-WGY

ATTORNEY GENERAL OF NEW YORK, )

IN HIS OFFICIAL CAPACITY AND     )   Pending in the United States District Court

MAURA TRACY HEALEY, ATTORNEY )  for the Northern District of Texas

GENERAL OF MASSACHUSETTS, IN    )   Civil Action No. 4:16-cv-00469-K

HER OFFICIAL CAPACITY     )

         )

       Defendants.     )

_____)

## NOTICE OF APPEARANCE OF ANTONIO MORIELLO

      Please enter the appearance of Antonio Moriello for nonparties Pawa Law Group, P.C.

and Matthew Pawa.

              Respectfully submitted,

              PAWA LAW GROUP, P.C.

              and MATTHEW PAWA

              By their attorney,

              /s/ Antonio Moriello

              Antonio Moriello (BBO #685928)

              am@rose-law.net

              Rose, Chinitz & Rose

              One Beacon Street, 23rd Floor

              Boston, MA 02108

              Tel: (617) 536-0040

              Fax: (617) 536-4400

Dated: December 16, 2016

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 16, 2016.

/s/ Antonio Moriello
Antonio Moriello